**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-30303 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-00164-MJP |
| v. | |
| JESUS FORTUNATO FELIX-HERAS, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Marsha J. Pechman, Chief Judge, Presiding

Submitted September 23, 2014**

Before:    W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

Jesus Fortunato Felix-Heras appeals from the district court's judgment and

challenges his guilty-plea conviction and sentence of 35 months and 3 weeks for

illegal reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Felix-Heras's counsel has filed a brief

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Felix-Heras has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to Felix-Heras's conviction. We accordingly affirm Felix-Heras's conviction.

Felix-Heras waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the sentencing waiver, we dismiss Felix-Heras's appeal as to his sentence. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**

13-30303